AO 93C (08/18) Warrant by Telephone or Other Reliable Electronic Means    ☑ Original    ☐ Duplicate Original

# UNITED STATES DISTRICT COURT
for the
Eastern District of Virginia

In the Matter of the Search of )
*(Briefly describe the property to be searched* )
*or identify the person by name and address)* )
(1) DISCLOSURE OF PROSPECTIVE CELL-SITE DATA AND ) Case No. 1:22-SW-448
E-911 PHASE II DATA; (2) DISCLOSURE OF STORED )
TELECOMMUNICATIONS RECORDS ON THE CELLULAR DEVICE ) **UNDER SEAL**
ACCESSING IPV6 2600:1003:b12f:6e29:122:cc62:83f8:6b72 ON )
AUGUST 17, 2022 AT 08:55:02 UTC THAT IS STORED AT )
PREMISES CONTROLLED BY VERIZON WIRELESS )

FILED 2022 AUG 31 P 2:

## WARRANT BY TELEPHONE OR OTHER RELIABLE ELECTRONIC MEANS

To:    Any authorized law enforcement officer

An application by a federal law enforcement officer or an attorney for the government requests the search and seizure of the following person or property located in the _____ District of ____New Jersey____
*(identify the person or describe the property to be searched and give its location)*:

   SEE ATTACHMENT A

I find that the affidavit(s), or any recorded testimony, establish probable cause to search and seize the person or property described above, and that such search will reveal *(identify the person or describe the property to be seized)*:

   SEE ATTACHMENT B

   **YOU ARE COMMANDED** to execute this warrant on or before ____September 1, 2022____ *(not to exceed 14 days)*
☐ in the daytime 6:00 a.m. to 10:00 p.m.   ☑ at any time in the day or night because good cause has been established.

   Unless delayed notice is authorized below, you must give a copy of the warrant and a receipt for the property taken to the person from whom, or from whose premises, the property was taken, or leave the copy and receipt at the place where the property was taken.

   The officer executing this warrant, or an officer present during the execution of the warrant, must prepare an inventory as required by law and promptly return this warrant and inventory to Hon. Theresa C. Buchanan, United States Magistrate Judge.
*(United States Magistrate Judge)*

   ☑ Pursuant to 18 U.S.C. § 3103a(b), I find that immediate notification may have an adverse result listed in 18 U.S.C. § 2705 (except for delay of trial), and authorize the officer executing this warrant to delay notice to the person who, or whose property, will be searched or seized *(check the appropriate box)*
   ☑ for __30__ days *(not to exceed 30)*   ☐ until, the facts justifying, the later specific date of _____.

Date and time issued: __08/18/2022 3:00 pm__    Theresa C. Buchanan  *Digitally signed by Theresa C. Buchanan*
*Date: 2022.08.18 15:13:55 -04'00'*
*Judge's signature*

City and state:    Alexandria, Virginia    Hon. Theresa C. Buchanan, United States Magistrate Judge
*Printed name and title*

AO 93C (08/18) Warrant by Telephone or Other Reliable Electronic Means (Page 2)

## Return

SS 8/18/22

| Case No.: 1:22-SW-448 | Date and time warrant executed: 08/18/2022 4:26 PM | Copy of warrant and inventory left with: Verizon Wireless |

Inventory made in the presence of:
SA Jose Oquendo

Inventory of the property taken and name(s) of any person(s) seized:

Digital Information pertaining to historical and real-time records, account information, and historical and real-time location information and additional information pertaining to the TARGET CELL PHONE. Real time location information received from approx 5:35 PM on 8/18/22 to 2:24 PM on 8/29/22.

SS 8/29/2022

### Certification

I declare under penalty of perjury that this inventory is correct and was returned along with the original warrant to the designated judge.

Date: 08/29/2022

_____
Executing officer's signature

Special Agent Samuel Suprock, ATF
Printed name and title

## **ATTACHMENT A**

### PROPERTY TO BE SEARCHED

1. THE CELLULAR DEVICE ACCESSING IPV6 2600:1003:b12f:6e29:122:cc62:83f8:6b72 ON AUGUST 17, 2022 AT 08:55:02 UTC THAT IS STORED AT PREMISES CONTROLLED BY VERIZON WIRELESS ("TARGET CELL PHONE"), whose wireless service provider is VERIZON WIRELESS ("TELEPHONE SERVICE PROVIDER PROVIDER"), headquartered in Bedminster, New Jersey.

2. Records and information associated with the TARGET CELL PHONE that is within the possession, custody, or control of the TELEPHONE SERVICE PROVIDER.

## ATTACHMENT B

## PARTICULAR THINGS TO BE SEIZED

I. **INFORMATION TO BE DISCLOSED BY THE PROVIDER**

To the extent that the information described in Attachment A is within the possession, custody, or control of the TELEPHONE SERVICE PROVIDER, including any information that has been deleted but is still available to the TELEPHONE SERVICE PROVIDER or that has been preserved pursuant to a request made under 18 U.S.C. § 2703(f), the TELEPHONE SERVICE PROVIDER is required to disclose to the government the following information pertaining to the TARGET CELL PHONE listed in Attachment A and its related account with the TELEPHONE SERVICE PROVIDER ("SUBJECT ACCOUNT"):

A. **The following information about the customers or subscribers associated with the SUBJECT ACCOUNT for the time period of 60 days preceding the date the Warrant is executed up to the present:**

1. Names (including subscriber names, user names, and screen names);

2. Addresses (including mailing addresses, residential addresses, business addresses, and e-mail addresses);

3. Local and long distance telephone connection records;

4. Records of session times and durations, and the temporarily assigned network addresses (such as Internet Protocol ("IP") addresses) associated with those sessions;

5. Length of service (including start date) and types of service utilized;

6. Telephone or instrument numbers (including MAC addresses, Electronic Serial Numbers ("ESN"), Mobile Electronic Identity Numbers ("MEIN"), Mobile Equipment Identifier ("MEID"); Mobile Identification Number ("MIN"), Subscriber Identity Modules ("SIM"), Mobile Subscriber Integrated Services Digital Network Number ("MSISDN"); International Mobile Subscriber Identity Identifiers ("IMSI"), or International Mobile Equipment Identities ("IMEI");

7. Other subscriber numbers or identities (including the registration Internet Protocol ("IP") address); and

8. Means and source of payment for such service (including any credit card or bank account number) and billing records.

**B. The following historical stored telecommunications records associated with the SUBJECT ACCOUNT for the time period of 60 days preceding the date the Warrant is executed up to the present:**

1. All records and other information (not including the contents of communications) relating to wire and electronic communications sent or received by the SUBJECT ACCOUNT, including:

    a. The date and time of the communication, the method of the communication, and the source and destination of the communication (such as the source and destination telephone numbers (call detail records), email addresses, and IP addresses); and

    b. All available E-911 Phase II data, GPS data, latitude-longitude data, and other precise location information, as well as all data about which "cell towers" (i.e., antenna towers covering specific geographic areas) and "sectors" (i.e., faces of the towers) received a radio signal from the TARGET CELL PHONE as well as per-call measurement data (also known as "real-time tool" or "RTT").

**C. The following prospective data associated with the TARGET CELL PHONE for the time period of 30 days from the date of the Warrant (or the date the monitoring of the TARGET CELL PHONE's location becomes operational, whichever is later:**

1. Information associated with each communication to and from the TARGET CELL PHONE for a period of 30 days from the date of the Warrant or the date the monitoring equipment for the device's location becomes operational, whichever is later, during all times of day and night, including:

    a. Any unique identifiers associated with the cellular device, including ESN, MEIN, MSISDN, IMSI, SIM, or MIN;

    b. Source and destination telephone numbers;

    c. Date, time, and duration of communication; and

    d. All available E-911 Phase II data, GPS data, latitude-longitude data, and other precise location information, as well as all data about which "cell towers" (i.e., antenna towers covering specific geographic areas) and "sectors" (i.e., faces of the towers) received a radio signal from the TARGET CELL PHONE as well as per-call measurement data (also known as "real-time tool" or "RTT").

2

This warrant does not authorize the seizure of any tangible property. In approving this warrant, the Court finds reasonable necessity for the seizure of the Location Information. *See* 18 U.S.C. § 3103a(b)(2).

## II.  INFORMATION TO BE SEIZED BY THE GOVERNMENT

All information described above in Section I that constitutes evidence, instrumentalities, contraband, or fruits] of violations of 18 U.S.C. § 922(g)(1) (felon in possession of a firearm and ammunition) and 21 U.S.C. § 841(a)(1) (possession with intent to distribute controlled substances) involving Ajee WHITTER during the period April 11, 2022 through present.

Law enforcement personnel (who may include, in addition to law enforcement officers and agents, attorneys for the government, attorney support staff, agency personnel assisting the government in this investigation, and outside technical experts under government control) are authorized to review the records produced by the TELEPHONE SERVICE PROVIDER in order to locate the things particularly described in this Warrant.

3